**WILMERHALE**

July 20, 2021

**David W. Ogden**

+1 202 663 6440 (t)
+1 202 663 6363 (f)
david.ogden@wilmerhale.com

**Via CM/ECF**

Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
   and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

MEMO ENDORSEMENT

     Re:   *United States ex rel. Cutler v. Cigna Corp.*, No. 17 Civ. 7515 (KMK)

Dear Judge Karas:

     We represent Defendants (collectively, "Cigna") in the above-captioned matter, in which oral argument on Cigna's motion to transfer the case is currently set for Thursday, July 29, 2021. *See* Dkt. 102.  Pursuant to § I(C) of Your Honor's Rules of Practice and Local Rules 5.2 and 7.1, Cigna requests a 30-day adjournment of the oral argument to Monday, August 30 or another date thereafter that would be convenient for the Court.  Relator does not oppose this request.

     This is Cigna's first request to adjourn the oral argument.  Cigna previously requested and was granted an adjournment of a pre-motion conference.  *See* Dkt. 65.  A short adjournment of the oral argument is necessary due to the press of other business, and it will conserve litigant and judicial resources as well as assist in the orderly adjudication of this case.

The Court grants Cigna's request for an adjournment.  The Court will instead hold Oral Argument on the Motion to Transfer on September 17, 2021 at 10:30am.  The Court will not grant any further adjournments on this Motion.

White Plains, NY
July 22, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.

Respectfully submitted,

/s/ David W. Ogden
David W. Ogden (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
Tel.:  (202) 663-6440
Fax:  (202) 663-6363
david.ogden@wilmerhale.com

Cc:   All Counsel of Record (via CM/ECF)