UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT A. CUTLER,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CIGNA CORP. *et al.*,<br><br>                              Defendant. | 17-CV-7515 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record at the Oral Argument on September 17, 2021, the Court grants Defendants' Motion To Transfer. The Clerk of the Court is respectfully directed to terminate the pending Motion. (Dkt. No. 71).

    SO ORDERED.

Dated:   September 29, 2021
             White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge